■ IRA JONES, Appellant, v. MAX R. KLACHKIN et al., Respondents, et al., Defendants.— Order entered on February 5, 1960, granting defendant-respondent, Joseph Blau's motion, pursuant to rule 106 of the Rules of Civil Practice, to dismiss the amended complaint, unanimously affirmed, with $20 costs and

disbursements to the respondents. No opinion. Order entered on February 5, 1960, granting defendant-respondent, Max R. Klachkin's motion, pursuant to rule 106 of the Rules of Civil Practice, to dismiss the amended complaint, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Valente, J. P., McNally, Stevens and Eager, JJ.